THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS JACKSON, Appellant.

Submitted March 14, 2016; decided March 24, 2016

Motion for assignment of counsel granted and Mitch Kessler, Esq., 63 Pike Creek Drive, Cohoes, New York 12047 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL E. PRINDLE, Appellant.

Submitted February 22, 2016; decided March 24, 2016

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

Judge FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RONI SMITH, Respondent.

Submitted February 29, 2016; decided March 24, 2016

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE JEROME SMITH, JR., Appellant.

Submitted March 14, 2016; decided March 24, 2016

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.